**TILLOTSON–PEARSON, INC.**

v.

**John H. NORBERG.**

**No. 81–581–M.P.**

Supreme Court of Rhode Island.

Jan. 14, 1982.

Strauss, Factor, Hillman & Lopes, P.C., Willman C. Hillman, Providence, for petitioner.

Dennis J. Roberts II, Atty. Gen., Perry Shatkin, Chief Legal Officer (Taxation), Providence, for respondent.

**ORDER**

The petition for writ of certiorari is denied.